```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
INTERNATIONAL BOTTLED WATER ASSOCIATION,
NESTLE WATERS NORTH AMERICA, INC., and
POLAR CORP. d/b/a POLAR BEVERAGES,
                                              09 Civ. 4672 (DAB)
                    Plaintiff,                ORDER

AMERICAN BEVERAGE ASSOCIATION,

                    Intervenor-Plaintiff,


          -against-

DAVID A. PATERSON, in his official capacity
as Governor of the State of New York, et al.,

                    Defendant.
------------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

To the extent that the previous Order entered by this Court modified Paragraph (2) of the May 29, 2009 Preliminary Injunction ORDER, it should have read: "Defendants are enjoined from implementing and enforcing any and all other amendments pertaining exclusively to bottled water products made by Part SS of Chapter 59 of the Laws of 2009 to Title 10 of Article 27 of the N.Y. Environmental Conservation Law until October 22, 2009."

SO ORDERED.

Dated:   New York, New York
         September 4, 2009

*Deborah A. Batts*
Deborah A. Batts
United States District Judge

1