UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------
INTERNATIONAL BOTTLED WATER ASSOCIATION,
NESTLE WATERS NORTH AMERICA, INC., and
POLAR CORP., d/b/a POLAR BEVERAGES,

                          Plaintiff,

AMERICAN BEVERAGE ASSOCIATION,        Dkt. No.09 CIV 04672

                Intervenor-Plaintiff,      **(DAB)**

      -against-

DAVID A. PATERSON, in his official capacity as
Governor of the State of New York, et al.,

                         Defendant.
-----------------------------------------------------------------------

## NOTICE OF APPEAL

     Notice is hereby given that DRC GROUP, INC. hereby appeals to the United States Court of Appeals for the Second Circuit from the October 15th, 2009 Order of the District Court below (hereto appended as **Exhibit A**, made part hereof) to the extent that said order operates to deny Intervenor-Defendant status sought in the captioned action so as to afford appellant standing to perfect this and a previous appeal taken from this Order

     A copy of that Order that DRC GROUP, INC. appeals from is annexed to this Notice as **Exhibit A**.

DATED: Kew Gardens, New York
           October 30th, 2009

                                         STUART JAY YOUNG
                                         Attorney for Appellant
                                         123-60 83rd Avenue Suite 10T
                                         Kew Gardens, New York 11415
                                         Tel.: 718 793 2550
                                         Fax: 718 793 2450
                                         E-mail sjy0924@Verizon.net